# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Heather Wuollet,

Case No. Civil 01-506 DSD/SRN

v.

**JUDGMENT IN A CIVIL CASE**

Wexler and Wexler,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Plaintiff's motion for default judgment against defendant in the amount of $3,608.93 is granted.

DATE: November 16, 2001

RICHARD D. SLETTEN, CLERK

Julie Rustad, Deputy Clerk

11